LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
TANISHA RENEE SIMPSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMOL DEVON BARKER, et. al.,<br><br>　　　　Defendants. | Case No.:  CR S-07-302  GEB<br><br>**AMENDED** STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING AND SETTING SCHEDULE FOR DISCLOSURE OF THE PRESENTENCE REPORT AND FILING OF OBJECTIONS |

　　　　It is hereby stipulated and agreed to between the United States of America through Kenneth J. Melikian, Assistant United States Attorney, and defendant, TANISHA RENEE SIMPSON, by and through her counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for Friday, February 20, 2009, at 9:00 a.m. be continued to May 8, 2009, at 9:00 a.m.

　　　The basis for this request, which is on the part of the defense, is to allow defense counsel additional time to complete necessary investigation and preparation before the pre-sentence interview. Miss Simpson is out of custody on bond.

　　　The parties further stipulate to the following schedule for disclosure of the presentence report and the filing of objections:

- 1

| | | |
|---|---|---|
| Disclosure of draft pre-sentence report to the parties: | | April 3, 2009 |
| Written objections to draft pre-sentence report filed: | | April 10, 2009 |
| Disclosure and filing of final pre-sentence report: | | April 17, 2009 |
| Motion for correction of pre-sentence report filed: | | April 24, 2009 |
| Reply or statement of no opposition: | | May 1, 2009 |

DATED:  February 18, 2009         Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
TANISHA RENEE SIMPSON

Date: February 18, 2009           LAWRENCE G. BROWN
United States Attorney

/s/ Lindsay Weston for
_____
KENNETH J. MELIKIAN
Assistant United States Attorney
Per telephonic authority

**ORDER**

IT IS SO ORDRED.

Dated:  February 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge