LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
TANISHA RENEE SIMPSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>TANISHA RENEE SIMPSON, et. al.,<br><br>    Defendants. | Case No.: CR S-07-302 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |

       It is hereby stipulated and agreed to between the United States of America through Sean Flynn, Assistant United States Attorney, and defendant, TANISHA RENEE SIMPSON, by and through her counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for Friday, May 8, 2009, at 9:00 a.m. be continued to May 29, 2009, at 9:00 a.m.

    The basis for this request, which is on the part of the defense, is to allow defense counsel additional time to complete defendant's sentencing memorandum. The final presentence report has been disclosed to the parties. The defendant is out of custody.

////

////

- 1

The parties further stipulate to the following schedule

Motion for correction of pre-sentence report filed: May 15, 2009

Reply or statement of no opposition: May 22, 2009

DATED: May 6, 2009          Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
TANISHA RENEE SIMPSON


Date: May 6, 2009           LAWRENCE G. BROWN
                            Acting United States Attorney

/s/ Lindsay Weston for
_____
SEAN FLYNN
Assistant United States Attorney
Per telephonic authority

## ORDER

IT IS SO ORDRED.

Dated: 5/11/09

_____
GARLAND E. BURRELL, JR.
United States District Judge