```
LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
TANISHA RENEE SIMPSON
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TANISHA RENEE SIMPSON, et. al.,<br><br>　　　　Defendants. | Case No.:  CR S-07-302  GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |

　　　　It is hereby stipulated and agreed to between the United States of America through Sean Flynn, Assistant United States Attorney, and defendant, TANISHA RENEE SIMPSON, by and through her counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for Friday, May 29, 2009, at 9:00 a.m. be continued to July 10, 2009, at 9:00 a.m.

　　　The basis for this request, which is on the part of the defense, is to allow defense counsel additional time to complete defendant's sentencing memorandum. In addition, the length of the continuance is required because one of the counsel will be in trial, there is a court holiday, and a necessary party will be at a work related conference. The final presentence report has been disclosed to the parties. The defendant is out of custody.

- 1

The parties further stipulate to the following schedule

Motion for correction of pre-sentence report filed:          June 25, 2009

Reply or statement of no opposition:                         July 2, 2009

DATED:  May 27, 2009                         Respectfully submitted,

                                             /s/Lindsay Weston
                                             _____
                                             LINDSAY ANNE WESTON
                                             Attorney for Defendant
                                             TANISHA RENEE SIMPSON


Date: May 27, 2009                           LAWRENCE G. BROWN
                                             Acting United States Attorney

                                             /s/ Lindsay Weston for
                                             _____
                                             SEAN FLYNN
                                             Assistant United States Attorney
                                             Per telephonic authority


## ORDER

IT IS SO ORDRED.

Dated: 6/1/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -